UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 1 1 2011

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* § § § | |
| v. § § § § § | CIVIL ACTION No. H-11-00086 |
| 2006 MERCEDES BENZ CLS500 (VIN WDDDJ75X16A048676) AND $20,217.46 IN UNITED STATES CURRENCY, *Defendants,* § § § § § | |

## SEIZED ASSET CLAIM OF SANTOS JOE MARTINEZ

Santos Joe Martinez files this claim pursuant to Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and would respectfully show the Court as follows:

The specific property claimed are identified in the Complaint for Forfeiture in Rem in the above styled case:

(1) 2006 Mercedes Benz CLS 500 (VIN WDDDJ75X16A048676;

(2) $20,217.26 in United States Currency

(3) Corium Bubble Stainless Steel Watch Serial No. 792301

(4) 9mm Taurus Pistol P/T 24?7 Pro-DS Serial No. TC022655

(5) Apple I-Pad

(6) Sony Computer

(7) Assorted Jackets

(8) Sequence Game with cylinder

(9)  Oakley Sunglasses

The Claimant is Santos Joe Martinez.

The Claimant is the lawful owner of the above property and holds clear title to the 2006 Mercedes Benz CLS500.

Respectfully submitted,

*[signature]*

SANTOS JOE MARTINEZ
5601 Sugar Creek
La Porte, Texas 77571

## VERIFICATION

I, Santos Joe Martinez, declare under penalty of perjury that I have read this Seized Asset Claim of Santos Joe Martinez and that the facts stated herein are true and correct to the best of my knowledge and belief.

SIGNED this the 11th day of February, 2011.

_____
SANTOS JOE MARTINEZ

SWORN and SUBSCRIBED before me, the undersigned authority on this the 11th day of February, 2011.



_____
Notary Public in and for the State of Texas

MICHELLE GAMEZ
Notary Public, State of Texas
My Commission Expires
July 07, 2013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Seized Asset Claim of Santos Joe Martinez was filed in the United States District Court for the Southern District of Texas, on the 11th day of February, 2011, with notice of the same being sent by certified mail on the same day to:

Mr. Gerald Doyle
Assistant U.S. Attorney
919 Milam, Suite 1500
P.O. Box 61129
Houston, Texas 77208

_____
SANTOS JOE MARTINEZ